UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
MENLOVE, JANINE  Case No. 07-56216 SW
Chapter 7
HON. WALTER SHAPERO.DETROIT

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Dr. Daniel Clement | 4 | $48.08 |

Dated: April 28, 2010                    /s/Timothy J. Miller, Trustee
                                         Timothy J. Miller, Trustee
                                         64541 Van Dyke, Suite 101B
                                         Washington Township, MI 48095
                                         (586) 281-3764