UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
MENLOVE, JANINE                                         Case No. 07-56216 WSD
                                                        Chapter 7
                                                        HON. WALTER SHAPERO.DETROIT

_____ Debtor(s). _____ /

(Amended)
**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Dr. Daniel Clement<br>101 West 12 St.<br>New York, NY 10011 | 4 | $46.08 |

Dated: April 30, 2010

*/s/ Timothy J. Miller*
Timothy J. Miller, Trustee
64541 Van Dyke, Suite 101B
Washington Township, MI 48095
(586) 281-3764
tmiller@schneidermiller.com